UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NOWACKI<br><br>v.<br><br>MALLOY et al. | No. 3:11cv1242 (SRU) |

## RULING ON MOTION FOR TEMPORARY RESTRAINING ORDER

A federal district court has no authority to grant an injunction to stay proceedings in a state court, except where necessary to aid its jurisdiction, or to protect or effectuate its judgments. 28 U.S.C. § 2283. Therefore, the plaintiff's motion is **denied** with respect to any claim seeking an injunction against the state courts.

The plaintiff's motion is **denied without prejudice** to the extent it seeks an injunction against David Abbey and the New Canaan Police Department. The plaintiff may move for that injunction after he has served the defendants and they have been given an opportunity to respond.

It is so ordered.

Dated at Bridgeport, Connecticut, this 26th day of August 2011.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge